## MILLER *v.* SEYBERT.

A motion to set aside a judgment in the court below is, properly, no part of the judgment-roll.

### *Appeal from County Court of Ouray County.*

THIS was an appeal from the order of the county court, refusing to set aside a judgment.

Messrs. MILES & ANDREWS, for appellee, now moved to dismiss the appeal.

Mr. ABRAM CUTLER, for appellant.

*Per Curiam.* The record in this case consists of the judgment-roll alone. There is no statement. The judgment-roll presents no question for review. The motion to set aside the judgment is not properly a part of it. Section

210 of the Code clearly enumerates the matters of which the judgment-roll is to consist, and there is no provision that would include such a motion.

The motion to dismiss is allowed.

*Dismissed.*